Disposition of Petitions For Discretionary Review Under G.S. 7A-31

STATE v. EFIRD
    No. 106 PC
    Case below: 49 NC App
    Petition by defendant for discretionary review under G.S. 7A-31 denied 2 December 1980.

STATE v. GARDNER
    No. 78 PC
    Case below: 49 NC App
    Application by defendant for further review denied 2 December 1980.

STATE v. HARRIS
    No. 141 PC
    Case below: 49 NC App
    Petition by defendant for discretionary review under G.S. 7A-31 denied 2 December 1980.

STATE v. McGUIRE
    No. 72 PC
    Case below: 49 NC App
    Petition by defendant for discretionary review under G.S. 7A-31 denied 2 December 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 December 1980.

STATE v. MURPHY
    No. 81 PC
    Case below: 47 NC App 375
    Application by defendant for further review denied 2 December 1980.

STATE v. PORTER
    No. 63 PC
    Case below: 48 NC App 565
    Petition by defendant for discretionary review under G.S. 7A-denied 2 December 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 December 1980.